**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**KEVIN BACHHUBER,**        Plaintiff,

-against-

BERKMAN FUNDING LLC,

        Defendant.

No. 26-cv-4382

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Anthony Paronich,** hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

**Plaintiff Kevin Bachhuber** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Massachusetts** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

 May XX, 2026

Respectfully Submitted,

/s/ Anthony I. Paronich

Applicant Signature:__ /s/ Anthony I. Paronich_____

Applicant's Name:__Anthony I. Paronich_____

Firm Name:__Paronich Law PC_____

Address:_350 Lincoln Street, Suite 2400_____

City/State/Zip: Hingham, MA 02043
Telephone: (617) 485-0018
Email: anthony@paronichlaw.com