**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| **KEVIN BACHHUBER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BERKMAN FUNDING LLC,**<br><br>Defendant. | No.  26-cv-4382 |

**AFFIIDAVIT OF ANTHONY PARONICH IN SUPPORT OF**
**APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF**

I, Anthony Paronich, hereby declare under penalty of perjury on the date set forth below that:

(a) I have never been convicted of a felony;

(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(c) There are no disciplinary proceedings presently against me.

My certificate of good standing from the State of Massachusetts is attached hereto as **Exhibit A.**

1

STATE OF ___Nevada___ )

) ss.

COUNTY OF ___Clark___ )

On this __26th__ day of ___May___, 2026, before me, the undersigned Notary Public, appeared **Anthony Paronich**, who proved to me to be the person whose name is subscribed to this document and acknowledged executing it.

WITNESS my hand and official seal.

_____

Notary Public        Natasha S Samuels

Natasha S Samuels
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 24-5583-01
Expires January 11, 2028

My commission expires: ___01/11/2028___

Notarized remotely using audio-video communication technology via Proof.

\* \* \* \* \*

DATED AND SUBMITTED this __26__ day of May, 2026.

Respectfully submitted,

By: _Anthony Paronich_

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[T] (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

2