UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BACHHUBER,

　　　　　　　　　　Plaintiff,

　　　　　-against-

BERKMAN FUNDING LLC,

　　　　　　　　　　Defendant.

_____26___ cv ____4382_____ (　　)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____**Anthony I. Paronich**_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____**Massachusetts**_____; and that his/her contact information is as follows (please print):

Applicant's Name: _____**Anthony I. Paronich**_____

Firm Name: _____**Paronich Law P.C.**_____

Address: _____**350 Lincoln Street, Suite 2400**_____

City / State / Zip: _____**Hingham, MA  02043**_____

Telephone / Fax: _____**(617) 485-0018**_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____**Plaintiff Kevin Bachhuber**_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge