UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                 :

KEVIN BACHHUBER, on behalf of himself and : others similarly situated,
                                 :

                        Plaintiff,     :           26-CV-4382 (VSB)
                                 :

           -against-         :       **<u>ORDER OF REFERENCE</u>**
                                 :

BERKMAN FUNDING LLC,            :

                      Defendant.   :

------------------------------------------------------------ X
<u>VERNON S. BRODERICK</u>, United States District Judge:

       The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.
Dated:       May 28, 2026
              New York, New York

                                    Vernon S. Broderick
                                    United States District Judge