# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **KEVIN BACHHUBER, on behalf of himself and others similarly situated** | ) ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 1:26-cv-04382-VSB ) |
| **BERKMAN FUNDING LLC** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

Andrew Rothberg, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on June 16, 2026, at 8:17 pm at 51 Stauber Dr, Plainview, NY 11803-4839, Deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: BERKMAN FUNDING LLC (hereinafter referred to as "subject") by leaving the above documents with Cindy Vulcano who as Co-owner is authorized by appointment or by law to receive service of process for BERKMAN FUNDING LLC.

Additional Description:
Resident confirmed this is her and her husbands business She is authorized to accept
My perception of the description of the individual served is as follows:
White Female, est. age 55-64, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7772640439,-73.4840917445
Photograph: See Exhibit 1


Total Cost: $210.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Andrew Rothberg*

Executed in

Signature

Suffolk County                                    ,    Server Name: Andrew Rothberg

NY        on    6/18/2026                .

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)