

July 7, 2026

**VIA ECF ONLY**
U.S. District Judge Vernon S. Broderick
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re:    *Bachhuber v. Berkman Funding LLC*
       Case No.: 1:26-cv-04382-VSB-HJR

Dear Judge Broderick:

We are counsel for Defendant, Berkman Funding LLC ("Defendant") in the above matter. Defendant respectfully request a 14-day extension of time to respond to Plaintiff, Kevin Bachhuber's ("Plaintiff") Class Action Complaint. [Dkt. 1]. Defendant's current deadline to respond is July 7, 2026. This is Defendant's first request for an extension of time to respond to the Complaint.

Counsel for Defendant conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension.

Good cause exists for the requested extension. Counsel for Defendant has recently been retained in this matter. As such, additional time is needed to investigate the facts and prepare an appropriate response to the Complaint. The requested extension is supported by good cause for the reasons stated above and it will neither prejudice the parties nor unreasonably delay the progress of this case, especially as the requested extension is of a short duration. There are no other dates or deadlines that would be impacted by the requested relief.

For these reasons, Defendant respectfully requests that the deadline to respond to Plaintiff's Class Action Complaint be extended from July 7, 2026 to July 21, 2026.

Thank you for your consideration.

Respectfully,

LIPPES MATHIAS LLP

/s *Tessa R. Scott*

Tessa R. Scott

TRS/jms

cc:    All Counsel via CM/ECF

**Tessa R. Scott** | Partner | tscott@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   **lippes.com**
**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs, Syracuse  //  **Florida:** Jacksonville, Tampa Bay, West Palm Beach
**Illinois:** Chicago  //  **Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**