UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BACHHUBER,

                    Plaintiff,

        -v-

BERKMAN FUNDING LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2026_____

**ORDER**

26-CV-4382 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion requesting to extend the answer deadline. ECF No. 8. The request is **GRANTED**. Defendant shall respond to the complaint by **July 21, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 8 as **GRANTED**.

**SO ORDERED.**

Dated: July 8, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge