UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BACHHUBER,

                       Plaintiff,

           -against-

BERKMAN FUNDING LLC,

                    Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/8/2026

26 cv 4382 ( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of **Anthony I. Paronich**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Massachusetts**; and that his/her contact information is as follows

(please print):

Applicant's Name: **Anthony I. Paronich**

Firm Name: **Paronich Law P.C.**

Address: **350 Lincoln Street, Suite 2400**

City / State / Zip: **Hingham, MA 02043**

Telephone / Fax: **(617) 485-0018**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

**Plaintiff Kevin Bachhuber** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: July 8, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge