UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN BACHHUBER, on behalf of himself
and others similarly situated,

          Plaintiff,

                                        Case No.: 1:26-cv-04382-HJR

v.

BERKMAN FUNDING LLC,

          Defendant.

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that Lippes Mathias LLP, by Sean M. O'Brien, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant Berkman Funding, LLC and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned.

Dated:  July 22, 2026

                                      **LIPPES MATHIAS LLP**

                                      s/ Sean M. O'Brien
                                      Sean M. O'Brien, Esq.
                                      50 Fountain Plaza, Suite 1700
                                      Buffalo, NY 14202
                                      P: 716-853-5100
                                      F: 716-853-5199
                                      E: sobrien@lippes.com
                                      *Attorneys for Defendant*