# PARONICH LAW, P.C.

---

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich                                              Tel. (508) 221-1510
                                                                Fax (508) 318-8100
                                                        anthony@paronichlaw.com

July 27, 2026

**<u>Via ECF</u>**
Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 21D
New York, New York 10007

**Re: *Bachhuber v. Berkman Funding LLC*, No. 1:26-cv-04382-VSB-HJR**
Unopposed Letter-Motion to Adjourn Initial Case-Management Conference

Dear Judge Ricardo:

On behalf of Plaintiff Kevin Bacchuber ("Plaintiff") and with the consent of Defendant Berkman Funding LLC ("Defendant"), the plaintiff respectfully requests that the telephonic initial case management conference currently scheduled for August 5, 2026, at 3:30 p.m. (Dkt. 12) be adjourned due to a prior commitment of Plaintiff's counsel.

This is the parties' first request to adjourn the conference. Defendant consents to the requested adjournment, and both parties are available on the following alternative dates:

    Wednesday, August 12, 2026, at 3:30 p.m.;

    Thursday, August 13, 2026, at 3:30 p.m.; or

    Friday, August 21, 2026, at 3:30 p.m.;

The requested adjournment will not affect any other scheduled dates or deadlines, as no dates or deadlines have been set other than the initial case management conference. Additionally, the parties are continuing to move this matter forward and have scheduled a meet-and-confer for later this week regarding the matters to be addressed at the initial conference.

Accordingly, the parties respectfully request that the Court adjourn the August 5, 2026, conference to one of the mutually available dates identified above, or to another date convenient for the Court.

Thank you in advance for your consideration.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Anthony@paronichlaw.com

***Counsel for Plaintiff and Proposed Class***