UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2026
```

KEVIN BACHHUBER,

        Plaintiff,

    -v-

BERKMAN FUNDING LLC,

        Defendant.

**ORDER**

26-CV-4382 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to adjourn the case management conference scheduled for August 5, 2026.  ECF No. 14.  The request is **GRANTED**.

The case management conference scheduled by Order dated July 22, 2026 is adjourned to **August 12, 2026**, at **3:30 p.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 980 689 112#).

The Parties are reminded that they must submit by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **two business days** before the initial case management conference, a "Proposed Scheduling Order," in a Word document format, using the "Template for Proposed Case Management Plan and Scheduling Order" available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 14 as **GRANTED**.

1

**SO ORDERED.**

Dated: July 28, 2026
     New York, New York

                                                            
Henry J. Ricardo
United States Magistrate Judge