November 10, 2026

**Via ECF**
Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 21D
New York, New York 10007

**Re: *Bachhuber v. Berkman Funding LLC*, No. 1:26-cv-04382-VSB-HJR**

**JOINT STATUS REPORT**

Dear Judge Ricardo:

Pursuant to the Court's August 12, 2026 Case Management Plan and Scheduling Order (ECF No. 17), the parties respectfully submit this joint status report.

Since the initial case management conference, the parties have continued to exchange written discovery and work toward obtaining information relevant to Plaintiff's individual claims and the proposed class claims. Defendant served responses to Plaintiff's written discovery requests on October 16, 2026. Plaintiff is in the process of finalizing responses to Defendant's written discovery requests. The parties are also pursuing relevant third-party discovery, including information concerning calling records and putative class members.

The parties have scheduled a private mediation with Aaron S. Weiss for November 23, 2026, and are continuing to work cooperatively to exchange information that may facilitate a productive mediation.

At this time, the parties do not request any modification of the existing scheduling order. The parties will continue to proceed with discovery while pursuing a potential resolution through mediation and will advise the Court if any issues arise requiring its intervention.

Thank you in advance for your consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich (*pro hac vice*)<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br>Anthony@paronichlaw.com<br><br>***Counsel for Plaintiff and Proposed Class*** | */s/ Sean M. O'Brien*<br>Sean M. O'Brien<br>Lippes Mathias LLP<br>50 Fountain Plaza Suite 1700<br>Buffalo, NY 14202<br>Telephone: (716) 853-5100<br>Tscott@lippes.com<br><br>***Counsel for Defendant*** |
| | |